U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUL 26 P 2: 27

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Patrick E. Dullen

v.  Civil No. 05-cv-139-PB

Cheshire County, et al

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 23, 2005, no objection having been filed.

SO ORDERED.

July 26, 2005

Paul Barbadoro
United States District Judge

cc: Patrick E. Dullen, pro se
John Curran, Esq.